**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-06-408 |
| | § | |
| | § | |
| | § | |
| JASON SHERWOOD POWELL | § | |

**O R D E R**

Defendant filed an unopposed motion for continuance, (Docket Entry No. 20).  The

court finds that the interests of justice are served by  granting  this continuance and that those

interests outweigh the interests of the public and the defendant in a speedy trial. The  motion

for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | **March 16, 2007** |
| Responses to be filed by: | **March 30, 2007** |
| Pretrial conference is reset to: | **April 9, 2007, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 16, 2007, at 9:00 a.m.** |

SIGNED on December 21, 2006, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge