**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-06-408 |
| | § | |
| | § | |
| | § | |
| JASON SHERWOOD POWELL | § | |

**O R D E R**

Defendant filed an unopposed motion for continuance, (Docket Entry No. 28).   The

court finds that the interests of justice are served by  granting  this continuance and that those

interests outweigh the interests of the public and the defendant in a speedy trial. The  motion

for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | **February 20, 2008** |
| Responses to be filed by: | **March 3, 2008** |
| Pretrial conference is reset to: | **March 10, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 24, 2008, at 9:00 a.m.** |

SIGNED on December 26, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge