IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-06-408 |
| | § | |
| JASON SHERWOOD POWELL | § | |

**O R D E R**

Defendant filed an unopposed motion for continuance, (Docket Entry No. 33). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The pretrial conference is reset to **June 16, 2008, at 8:45 a.m. The** jury trial and selection are reset to **June 23, 2008, at 9:00 a.m.**

SIGNED on April 21, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge